# KLARIS

July 1, 2024

<u>Via ECF</u>

Honorable Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

              Re:      <u>Nervora Fashion, Inc. v. Advance Magazine Publishers Inc.</u>

Dear Judge Abrams:

This firm represents Petitioner Nervora Fashion, Inc. ("Nervora") and we write on consent of counsel for Respondent Advance Magazine Publishers Inc. ("Advance"). Earlier today, we asked the Court for permission to file under seal versions of Nervora's Reply Memorandum of Law and accompanying Supplemental Declaration of Shashi Menon with redacted portions referencing a confidential license between the Parties. Although we sought consent from Advance's counsel this morning to file the documents without seeking to seal them, counsel was unable to receive confirmation from Advance before the filing deadline. However, shortly after the filing deadline, counsel confirmed that the documents need not be sealed.

Therefore, Nervora respectfully requests that the Court strike the earlier filings (ECF Nos. 28-33), and permit Nervora to file unredacted versions of its Memorandum and Supplemental Declaration on the public docket.

We thank your Honor for your consideration.

Plaintiff Nervora Fashion, Inc. filed a redacted Reply Memorandum (ECF No. 28) and Supplemental Declaration (ECF No. 29) without prior leave from the Court. To address the parties' request, the Court respectfully directs the Clerk of Court to strike Document Nos. 28 and 29 from the docket but retain the summary docket text for the record.

Plaintiff then filed unredacted versions of the Reply Memorandum (ECF No. 31) and Supplemental Declaration (ECF No. 32) accessible only to "Selected Parties." The Court thus respectfully directs the Clerk of Court to modify the viewing level of these documents to "Public."

Lastly, the Clerk of Court is respectfully directed to close the motion pending at ECF No. 30 as it is now moot.

_/s/ Ronnie Abrams_
Hon. Ronnie Abrams
July 3, 2024

Respectfully Submitted,

_Lance Koonce_

Lance Koonce
Klaris Law PLLC
161 Water Street, #904
New York, NY 10038
Lance.koonce@klarislaw.com
(917) 612-5861