**DENTONS**

Kristen C. Rodriguez
Partner

kristen.rodriguez@dentons.com
D +1 212-398-5280

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com

April 4, 2025

> Application granted.
>
> SO ORDERED.
>
> /s/ Ronnie Abrams
>
> Hon. Ronnie Abrams
> April 7, 2025

Honorable Ronnie Abrams
United States District Courthouse
Southern District of New York
40 Foley Square, Room 1506
New York, NY 10007

Re: *Nervora Fashion, Inc. v. Advance Magazine Publishers, Inc.* **(Case No. 24-cv-04805): Request for Extension of Time to File Reply in Support of Respondent's Renewed Motion to Unseal and Apply Redactions, and to Preserve Certain Previous Redactions**

Dear Judge Abrams:

This firm represents Respondent Advance Magazine Publishers, Inc. d/b/a Condé Nast ("Condé Nast") in the above-referenced action. We write regarding this Court's February 5, 2025, Memorandum Opinion & Order ("Order") granting in part and denying in part Respondent's above-referenced motion and directing Respondent to either file revised redacted versions of the documents at issue pursuant to the Order, or renew its motion. ECF No. 49. Condé Nast has since filed its above-referenced renewed motion on March 7, 2025 ("Renewed Motion to Unseal") (ECF 52) and Nervora filed its Opposition on March 31, 2025 (ECF 57).

We write to request an additional week to file a reply letter in support of the Renewed Motion to Unseal, to and including April 14, 2025. The undersigned has just completed a month long trial in an unrelated matter and Rebecca Hughes Parker, also counsel for Respondent, has recently went out on medical leave. The extension would allow counsel additional time to review Nervora's opposition and appropriately reply.

Respondent previously sought and was granted a two week extension to file its Renewed Motion to Unseal, from February 21, 2025 to March 7, 2025. Petitioner also previously sought and was granted a 10-day extension to file its Opposition, from March 21, 2025 to March 31, 2025.

This extension will not affect any other dates in this matter. Counsel for Petitioner consents to this request.

We thank the Court for its attention to this matter.

**Puyat Jacinto & Santos ► Link Legal ► Zaanouni Law Firm & Associates ► LuatViet ►** For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Respectfully,

Dentons US LLP

*/s/ Kristen C. Rodriguez*

Kristen C. Rodriguez