**DENTONS**

**Kristen C. Rodriguez**
Partner

kristen.rodriguez@dentons.com
D    +1 212-398-5280

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
April 16, 2026

April 13, 2026

Honorable Ronnie Abrams
United States District Courthouse
Southern District of New York
40 Foley Square, Room 1506
New York, NY 10007

VIA ECF

**Re:**    ***Nervora Fashion, Inc. v. Advance Magazine Publishers, Inc.* (Case No. 24-cv-04805):**

Dear Judge Abrams:

This firm represents Respondent Advance Magazine Publishers, Inc. d/b/a Condé Nast ("Condé Nast") in the above-referenced action. In response to the Court's March 30, 2026 Order (ECF No. 60) regarding potential closure of the case, Condé Nast respectfully advises that the arbitral tribunal is expected to issue the final award imminently. Accordingly, Condé Nast requests that the Court keep this action open at this time and set a deadline for a further status update in 30 days.

We thank the Court for its attention to this matter.

Respectfully,

Dentons US LLP

/s/ Kristen C. Rodriguez

Kristen C. Rodriguez